IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Eastes Sr, Charlie

Printed: 03/10/09

Case Number: 04 B 34471
Judge: Squires, John H
Filed: 9/16/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 9, 2009
Confirmed: October 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,975.00 |  |
| Secured: |  | 12,848.79 |
| Unsecured: |  | 2,380.02 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,046.19 |
| Other Funds: |  | 0.00 |
| Totals: | 18,975.00 | 18,975.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 12,848.79 | 12,848.79 |
| 3. | Wells Fargo Fin Acceptance | Unsecured | 402.11 | 917.01 |
| 4. | Resurgent Capital Services | Unsecured | 46.94 | 107.05 |
| 5. | Portfolio Recovery Associates | Unsecured | 35.22 | 80.33 |
| 6. | Resurgent Capital Services | Unsecured | 35.69 | 81.38 |
| 7. | Capital One | Unsecured | 42.65 | 97.28 |
| 8. | ECast Settlement Corp | Unsecured | 85.32 | 194.56 |
| 9. | Jefferson Capital | Unsecured | 336.17 | 766.61 |
| 10. | ECast Settlement Corp | Unsecured | 59.55 | 135.80 |
| 11. | Action Card | Unsecured |  | No Claim Filed |
| 12. | Shell Credit Card | Unsecured |  | No Claim Filed |
| 13. | Action Card | Unsecured |  | No Claim Filed |
| 14. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
| 15. | Exxon | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,592.44 | $ 17,928.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eastes Sr, Charlie

Printed: 03/10/09

Case Number: 04 B 34471
Judge: Squires, John H
Filed: 9/16/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 150.62 |
| 4% | 41.40 |
| 3% | 31.05 |
| 5.5% | 170.80 |
| 5% | 51.75 |
| 4.8% | 99.36 |
| 5.4% | 355.44 |
| 6.6% | 145.77 |
|  | $ 1,046.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

